LEWIS J. BENNETT, Respondent, v. LEONORA B. VOGEL and JOSEPH MINCH, Appellants, and PHILIP S. VOGEL, Defendant.—Appeal by the defendants Leonora B. Vogel and Joseph Minch from an order of the Albany Special Term of Supreme Court denying a motion for a new trial on the ground of newly-discovered evidence. This case was originally tried at some length before an official referee. The judgment entered upon his decision was appealed from to this court and affirmed. [258 App. Div. 842.] The Special Term has held that the evidence said to be newly discovered was available at the original trial and with reasonable diligence could have been then presented; also that the appealing defendants were guilty of laches. Order appealed from unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.